UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re Application of

ABRAAJ INVESTMENT MANAGEMENT
LIMITED,

For An Order To Obtain Discovery For Use
In Foreign Proceedings Pursuant To
28 U.S.C. §1782.

Case No. 20-CV-_____

------------------------------------------------------------x

### *EX PARTE* APPLICATION OF THE JOINT OFFICIAL LIQUIDATORS OF ABRAAJ INVESTMENT MANAGEMENT LIMITED FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782

David Soden of Deloitte LLP and Stuart Sybersma of Deloitte & Touche, acting as the Joint Official Liquidators ("JOLs") of ABRAAJ Investment Management Limited (in Official Liquidation)("AIML"), by their counsel, pursuant to 28 U.S.C. § 1782 and Federal Rules of Civil Procedure 26, 34 and 45, respectfully request that this Court grant an *ex parte* order, in the form annexed to the Declaration of Stuart Sybersma, dated June 9, 2020, as **Exhibit A**, authorizing the JOLs to obtain certain limited discovery for use in the Cayman Proceedings (as defined in the Application) and certain contemplated litigation in the Cayman Islands. In support of this Application, the JOLs submit their Memorandum of Law and Declaration of Stuart Sybersma.

The requested relief is for purposes of discovery in connection with *inter partes* litigation to be commenced against, among others, Arif Masood Naqvi, a former director of AIML, and Silverline Holdings Limited, a Cayman Islands company controlled by Arif Masood Naqvi, as well as for use in a certain liquidation proceeding entitled *In the Matter of the Companies Law (2018 Revision) and in the Matter of ABRAAJ Investment Management Limited,* Cause No. FSD

111 of 2018 (RMJ), commenced in the Grand Court of the Cayman Islands, Financial Division on June 15, 2018.

Dated: June 12, 20202

                      KLESTADT WINTERS JURELLER
                      SOUTHARD & STEVENS, LLP

                      By: _____
                           John E. Jureller, Jr.
                           Lauren C. Kiss
                      200 West 41st Street, 17th Floor
                      New York, New York 10036
                      Tel: (212) 972-3000
                      Fax: (212) 972-2245
                      jjureller@klestadt.com
                      lkiss@klestadt.com

                      *Attorneys for David Soden and Stuart Sybersma, the joint Official Liquidators of ABRAAJ Investment Management Limited*